02-12-395-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00395-CV 

 

 


 
 
 The Agency Group, Ltd.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Todd A. Meagher & Marilyn D. Garner, Trustee
 for the Bankruptcy Estate of Todd Entertainment, LLC
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 67th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Unopposed Motion To
Dismiss Appeal.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

 

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.  

 

DELIVERED:
 December 21, 2012









[1]See Tex. R. App. P. 47.4.